**Order filed June 8, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00420-CV
_____

### DR. HANI HANNA, Appellant

### V.

### LOCUMTENENS.COM LLC D/B/A LT MEDICAL LLC, Appellee

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1107602**

## O R D E R

The clerk's record was filed June 29, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Notice of Order of Dismissal for Want of Prosecution that issued on March 13, 2020.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **June 20, 2022**, containing the Notice of Order of Dismissal for Want of Prosecution that issued on March 13, 2020.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant